UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN ALTON, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2016 CV 006640 |
| | ) | |
| THE CITY OF NAPERVILLE, AND | ) | |
| NAPERVILLE POLICE OFFICER, GRIF | ) | Judge Sharon Johnson Coleman |
| LIPPENCOTT, AND NAPERVILLE | ) | |
| POLICE OFFICERS FULKERSON, | ) | Magistrate Judge M. David Weisman |
| CRACKHOW, MUMENTHAL, | ) | |
| VELASQUEZ AND THORP, | ) | |
| | ) | |
|       Defendants. | ) | |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

NOW COME the Defendants, by their attorney, Robert Wilder, Senior Assistant City Attorney, and move this Court for entry of an order dismissing Counts I, II, III and IV of Plaintiff's Complaint or portions thereof, pursuant to Fed. R. Civ. P. 12(b)(6). In support thereof, Defendants submit their concurrently filed Memorandum of Law.

WHEREFORE, the Defendants pray for entry of an order dismissing Counts I, II, III and IV of Plaintiff's Complaint, or portions thereof, and for any additional relief the Court deems proper.

                                                              Respectfully submitted,

                                                              /s  Robert Wilder
                                                              Robert Wilder

Robert Wilder, Senior Assistant City Attorney
The City of Naperville
400 South Eagle Street
Naperville, Illinois 60540
Phone: (630) 420-6013

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 6, 2016, he caused copies of the foregoing **Defendants' Motion to Dismiss** to be served on all registered counsel via the Northern District of Illinois Electronic Filing System.

*/s Robert Wilder*
Robert Wilder